FILED
IN CLERK'S OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2023 AUG 31  PM 3: 17

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) | Criminal No. 23cr10238 |
| v. | ) ) | Violation: |
| ALEXIS RADHAMES DIAZ TEJEDA, | ) ) ) | Count One: Conspiracy to Distribute and to Possess with Intent to Distribute Fentanyl (21 U.S.C. § 846) |
| Defendant | ) ) ) ) ) ) | Forfeiture Allegation: (21 U.S.C. § 853) |

INFORMATION

COUNT ONE
Conspiracy to Distribute and to
Possess with Intent to Distribute Fentanyl
(21 U.S.C. § 846)

The Acting United States Attorney charges:

From in or about March 2022 through in or about July 6, 2022, in Boston and Lawrence, in the District of Massachusetts, and elsewhere, the defendant,

ALEXIS RADHAMES DIAZ TEJEDA,

conspired with other persons known and unknown to the Acting United States Attorney, to knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

## DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

The Acting United States Attorney further alleges:

1. Upon conviction of the offense in violation of Title 21, United States Code, Section 846, set forth in Count 1, the defendant,

ALEXIS RADHAMES DIAZ TEJEDA,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense. The property to be forfeited includes, but is not limited to, the following assets:

    a. $1,853.50 in U.S. currency, seized from Alexis Radhames Diaz Tejada on July 6, 2022, in Dorchester, Massachusetts.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant --

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By: /s/ Samuel R. Feldman

Samuel R. Feldman
Assistant U.S. Attorney